AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ROBERT ISSA

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4075-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 30, 2000** in **Broward** county, in the **Southern** District of **Florida** defendant(s) did, (Track Statutory Language of Offense)

commit and execute a scheme and artifice to defraud First Union, a financial institution whose accounts were insured by the FDIC, in the amount of $270,000.

in violation of Title **18** United States Code, Section(s) **1344**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following
_Official Title_
facts:

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Julie Vogt_
Julie Vogt, Special Agent, FBI
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 11, 2000                                   at      Ft. Lauderdale, Florida
Date                                                         City and State

UNITED STATES MAGISTRATE JUDGE
BARRY SELTZER
Name & Title of Judicial Officer                       Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AFFIDAVIT

I, Julie A. Vogt, do hereby attest that I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and am currently assigned to the White Collar Crime squad #3 in the Miami Field Division. I have been a special agent with the FBI for approximately six months. The following information was provided to me by Michael Klein, a fraud investigator employed by First Union National Bank ("First Union") who conducted an internal investigation of this matter. This information is as follows:

On December 13, 1999, Robert Issa opened a checking account in the name of World Media Import Export Corporation at First Union. After making arrangements with bank employees, on March 30, 2000, Issa came into a First Union branch located in Plantation, Florida and deposited a check for $975,000 and requested the return of $270,000 out of the deposited amount. The deposited check was drawn on an account at Republic Security Bank in the name of Hialeah Park Racing Inc. The check was made payable to Robert Issa DBA World Media. The bank employee, in reliance on the deposited check, complied with the request and turned over $270,000 in cash to Issa, who then placed it into a briefcase and gave it to an associate who had come with him. Issa's First Union account had a current balance of $431 without the deposited check. The associate then left the bank with the money.

The employee, realizing that the check was drawn on another bank, then called Republic Security Bank and upon speaking with a representative learned that there were not sufficient funds to cover the deposited check. In fact, at the time of this transaction the account at Republic Security Bank only had $250 in it. The account was opened by Robert Issa as the sole signatory on the account with a $3,000 initial deposit on March 17, 2000. Two subsequent withdrawals reduced the amount to the $250.

When confronted with the fact that there were insufficient funds in the Republic Security Bank to cover the deposited check, Issa said that he had deposited funds into this account earlier that day and that these recently deposited funds must not be reflected in the current balance. Issa was then requested to return the $270,000. Issa then left the bank purportedly for the purpose of retrieving the money from his associate, who he said was a "sheik." Although Issa was in telephone contact with employees of the bank, at one time saying that he had found the sheik, had the money, and was returning to the branch, he in fact never returned.

The morning of the next day, March 31, 2000, Issa left a message on a bank employee's voice mail that there had been a mistake, that the deposited check was supposed to be drawn on Suntrust Bank. Further investigation however revealed that Suntrust Bank had no account in Issa's name or Hialeah Park Racing or World Media. Issa then called the First Union branch at noon to say that he was coming to the bank at 4:00 p.m. with the money. At that point, a First Union manager got on the telephone with Issa and told him that she knew he did not have the money to cover the check, and to return the $270,000. Issa hung up on her. Issa did not come to the bank to return the funds.

As of April 2, 2000, Issa had moved out of the rented residence where he had been living.

The $270,000 remains outstanding from First Union. First Union's accounts are insured by the Federal Deposit Insurance Corporation.

  I, Special Agent Julie A. Vogt, submit that I have probable cause to believe that a violation of Title 18, United States Code, Section 1344 was committed by Robert Issa. At the time that Issa deposited the $975,000 check from which he received $270,000 from First Union, there existed a balance of $250 in the account upon which the check was drawn at Republic Security Bank and upon which Issa was the sole signatory. There were no other deposits into the Republic Security Bank account other than the initial deposit of $3,000, of which $250 remained.

  I do hereby swear that the foregoing information is true and correct to the best of my knowledge and belief.

Julie A. Vogt
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to
before me this 11th day of
April 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. _____

**UNITED STATES OF AMERICA**

vs.

**ROBERT ISSA,**
    **Defendant**
_____/

**CRIMINAL COVER SHEET**

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?   ____ Yes   __X__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?  ____Yes   __X__ No

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

BY: _/s/ Steven Petri_____
          STEVEN PETRI
          ASSISTANT UNITED STATES ATTORNEY
          Federal Number A5500048
          500 E. Broward Blvd., STE. 700
          Fort Lauderdale, Florida  33394
          TEL (954) 356-7255
          FAX (954) 356-7336

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

TONY ISSA
a/k/a SALIM MATTA

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-5091-AEV

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about \_\_March 30, 2000\_\_ in Broward County, in the \_\_Southern\_\_ District of Florida, the defendant did commit and execute a scheme and artifice to defraud First Union Bank, a financial institution whose accounts were insured by the FDIC, in the amount of $270,000, all

in violation of Title \_\_18\_\_ United States Code, Section(s) \_\_1344 and 2\_\_.

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
JULIE VOGT, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

THE COURT FINDS PROBABLE CAUSE.

April 20, 2000                                                     at     West Palm Beach, Florida
Date                                                                         City and State

ANNE E. VITUNAC
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                                Signature of Judicial Officer

## **AFFIDAVIT**

1. I, Julie A. Vogt, do hereby attest that I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and am currently assigned to the White Collar Crime squad #3 in the Miami Field Division. I have been a special agent with the FBI for approximately six months. The following information was provided to me in part by Michael Klein, a fraud investigator employed by First Union National Bank ("First Union") who conducted an internal investigation of this matter, and other law enforcement agents, as well as my own personal observations. This information is as follows:

2. On December 13, 1999, Robert Issa opened a checking account in the name of World Media Import Export Corporation at First Union. After making arrangements with bank employees, on March 30, 2000, Issa came into a First Union branch located in Plantation, Florida and deposited a check for $975,000 and requested the return of $270,000 out of the deposited amount. The deposited check was drawn on an account at Republic Security Bank in the name of Hialeah Park Racing Inc. The check was made payable to Robert Issa DBA World Media. The bank employee, in reliance on the deposited check, complied with the request and turned over $270,000 in cash to Robert Issa, who then placed it into a briefcase and gave it to Tony Issa, also known as Salim Matta, who had come with him. Tony Issa had been introduced to bank employees as being a "sheik" and a "prince" from Saudi Arabia. The money was said to be needed to

purchase a racehorse from the "sheik." Tony Issa then left the bank with the money.

3. Robert Issa's First Union account had a current balance of $431 without the deposited check. The employee, realizing that the check was drawn on another bank, then called Republic Security Bank and upon speaking with a representative learned that there were not sufficient funds to cover the deposited check. In fact, at the time of this transaction the account at Republic Security Bank only had $250 in it. The account was opened by Robert Issa as the sole signatory on the account with a $3,000 initial deposit on March 17, 2000. Two subsequent withdrawals reduced the amount to the $250 balance.

4. When confronted with the fact that there were insufficient funds in the Republic Security Bank to cover the deposited check, Robert Issa said that he had deposited funds into this account earlier that day and that these recently deposited funds must not be reflected in the current balance. Robert Issa was then requested to return the $270,000. Robert Issa then left the bank purportedly for the purpose of retrieving the money from the "sheik." Although Robert Issa was in telephone contact with employees of the bank, at one time saying that he had found the sheik, had the money, and was returning to the branch, he in fact never returned. The $270,000 remains outstanding from First Union. First Union's accounts are insured by the Federal Deposit Insurance Corporation.

5. On April 19, 2000, Tony Issa was seen in the company of Robert Issa at the Palm Beach Kennel Club in Palm Beach County, Florida. Upon arriving at the scene, Tony Issa was observed by myself and other law enforcement agents as being the "sheik"

whose photograph was taken by surveillance videos at the bank on March 30, 2000. I had a copy of the photo with me for comparison purposes. Further, Tony Issa provided an identification in the name of Salim Matta. He denied being Tony Issa. When asked to identify himself further, he claimed to not be able to understand English, even though he was seen speaking English to the people with whom he had gone to the racetrack. Further, Tony Issa in English offered $20 to an employee of the racetrack to go to a vehicle and get a briefcase out of it. This vehicle, a white Ford Excursion, was the same vehicle Tony Issa was observed driving away from the bank on March 30, 2000. After being placed under arrest, he denied being Salim Matta, but would not say what his real name was. When a cigarette lighter was found in his shirt pocket with the name "Tony" he denied being Tony and denied that it was his lighter, and said that someone had given it to him for free. He also denied being the person in the bank surveillance photo identified as the "sheik." A confidential witness familiar with Tony Issa has informed me that he uses the name Tony Issa. Further, upon an inventory search of the vehicle, a passport in the name of Tony Issa and bearing his picture was found in the glove box.

6. I, Special Agent Julie A. Vogt, submit that I have probable cause to believe that a violation of Title 18, United States Code, Sections 1344 and 2 was committed by Tony Issa. In summary, at the time that Robert Issa deposited the $975,000 check from which he received $270,000 from First Union which Tony Issa removed from the bank, there existed a balance of $250 in the account upon which the check was drawn at Republic

Security Bank. There were no other deposits into the Republic Security Bank account other than the initial deposit of $3,000, of which $250 remained.

7. I do hereby swear that the foregoing information is true and correct to the best of my knowledge and belief.

                                               Julie A. Vogt
                                               Special Agent
                                               Federal Bureau of Investigation

Subscribed and sworn to
before me this 20th day of
April 2000.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. <u>00-5091-AEV</u>

**UNITED STATES OF AMERICA,**

vs.

**TONY ISSA, a/k/a SALIM MATTA,**

      **Defendant.**
_____/

**CRIMINAL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? _____ Yes __X__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes __X__ No

        Respectfully submitted,

        THOMAS E. SCOTT
        UNITED STATES ATTORNEY

By: _____
        LAUREN JORGENSEN
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 726885
        U. S. Attorney's Office
        500 Australian Avenue #400
        West Palm Beach, Florida 33401
        Tel: (561) 820-8711
        Fax:(561) 659-4526