AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF DISTRICT

UNITED STATES OF AMERICA

V.

ROBERT ISSA

## WARRANT FOR ARREST

CASE NUMBER: 00-4075-BSS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT ISSA

FILED by _____ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

BANK FRAUD

in violation of Title __18__ United States Code, Section(s) __1344__

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
~~Clerk of the Court/Court Administrator~~
Title of Issuing Officer

April 11, 2000 - Ft. Lauderdale, FL
Date and Location

Bail fixed at $ Pre-trial Detention   by   BARRY SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc

# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/20/2000   TIME: 9:30 AM

DEFT. TONY ISSA (J)   CASE NO. 00-5091-AEV
(~~Arabic~~ Interp. Ord'd-4/20/00)
*Lebanese not present*

AUSA. LAUREN JORGENSEN   ATTY.
Stephen Carlton

AGENT. FBI   VIOL. 18:1344

PROCEEDING INITIAL HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION

Complaint signed & sworn to by agent in open court.

Deft present - (Lebanese interp. required/will be available on 4/21).

Initial reset to Friday, 4-21-00 @ 9:30 am before Judge Vitunac.

DATE: 4-20-00   TAPE: AEV 00-27-715