# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/20/2000   TIME: 9:30 AM

DEFT.  ROBERT ISSA  (J) ✓   CASE NO. 00-4075-SELTZER
(Arabic Interp. Ord'd 4/20/00) ~~struck through~~
*Speaks English*

AUSA. LAUREN JORGENSEN ✓   ATTY. _____
*Stephen Carlton*

AGENT. FBI   VIOL. 18:1344

PROCEEDING INITIAL HEARING   BOND. PTD (REQUESTED BY GOV'T)

DISPOSITION  Initial held.

Deft present - Sworn/Hst.
Complaint read to deft & advised of his rights.
Deft states he has/will retain counsel.
Status re Counsel set for Friday, 4-21-00
@ 9:30 AM before Judge Vitunac.
Detention hearing set for Tuesday, 4-25-00
@ 2 PM before Judge Vitunac.
Arraignment date to be set.

DATE: 4-20-00   TAPE: AEV 00-27-357/540

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS.                               CASE NUMBER  00-5091-AEV

TONY ISSA a/k/a SALIM MATTA
_____/

INTERPRETER REQUIRED IN CASE

LANGUAGE:  LEBANESE

