**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: __00-4075-SELTZER__

UNITED STATES OF AMERICA,

    Plaintiff,

ORDER ON INITIAL APPEARANCE

Language __ENGLISH__

v.

Tape No. __AEV 00-27-357/540__

    Defendant.

AUSA __STEPHEN CARLTON__

ROBERT ISSA _____/

Agent __FBI__

The above-named defendant having been arrested on __4-19-00__, having appeared before the court for initial appearance on __4-20-00__, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at __WPB__ on __FRIDAY, 4-21-00 @ 9:30 AM BEFORE JUDGE VITUNAC__, 19__.

4. Arraignment/~~Preliminary/Removal/Identity~~ hearing ~~is set for~~ __TO BE SET__, 19__.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because ____ __COURT ORDERED__.

A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for __TUESDAY, 4-25-00 @ 2:00 PM BEFORE JUDGE VITUNAC__

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:

_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: ____ times a week by phone ____ times a week in person; other: _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____



SD/F M-1
Rev.12/95

—1—

00-4075-SELTZER

___ i. Comply with the following additional special conditions of this bond: _____

_____

_____

    This bond was set: At Arrest   _____

                      On Warrant  _____

                      After hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    DONE AND ORDERED at _____**WPB**_____, this __**20**__ day of _____**APRIL**_____, **XX** **2000**.

                                                    _____
                                                       UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD TO Pretrial Services

SD/F M-1
Rev.12/95

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

Case No. 00-5091 AEV

vs. Tony Issa
a/k/a Salim Mata

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

    Defendant(s),
_____

COMES NOW ___Donnie Murrell___ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Print): ___Donnie Murrell___

Counsel's Signature: ___Donnie Murrell___

Counsel's Address: ___#201  400 Executive Center Dr___

___West Palm Beach___ Zip Code ___33401___

Counsel's Telephone: ___686-2700___

