## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE #   00-4075-BSS

VS.                               REPORT COMMENCING CRIMINAL ACTION

*Robert Issa*                     PRISONER #   53782-004

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI      (FT. LAUDERDALE)    WEST PALM BEACH      FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST:   4-19:00

2) LANGUAGE(S) SPOKEN:   English/Aerabic/French

3) OFFENSE(S) CHARGED:   Bank Fraud (1344)

4) U. S. CITIZEN [ ] YES   [✓] NO   [ ] UNKNOWN   *Resident Alien*

5) DATE OF BIRTH:   8-15-66

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [ ] INDICTMENT   [✓] COMPLAINT TO BE FILED/ALREADY FILED
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

    CASE # _____

    ORIGINATING DISTRICT:   Souther District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

7) AMOUNT OF BOND:

8) ARRESTING AGENT:

9) AGENCY:

10) COMMENTS:

# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 04/21/2000   TIME: 9:30 AM

DEFT. TONY ISSA a/k/a SALIM MATTA (J)       CASE NO. 00-5091-AEV
(Lebanese Interp. Ord'd 4/20/00)
STEPHEN Carlson
AUSA. LAUREN JORGENSEN                      ATTY. **DONNIE MURRELL (TEMP. RETAINED)**

AGENT. JULIE VOGT-FBI                       VIOL. 18:1344

PROCEEDING   INITIAL HEARING                BOND. PTD (REQUESTED BY GOVT)

DISPOSITION   Initial held

Deft present with counsel - Sworn Hst.

Interpreter Sworn

Complaint read to deft & advised of his Rights

Detention hearing set for Tuesday

4-25-00 @ 2 pm before Judge Vitunac

(Status Re Counsel date to be set @ detention hearing)

Arraignment set for 5-1-00 @ 10:00 am

before Judge Johnson.

Defense present Arguments as to Probable Cause.

DATE: 4-21-00                    TAPE: AEV 00-27-936/1182