# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 04/25/2000  TIME: 2:00 PM

DEFT. ROBERT ISSA (J) ✓          CASE NO. 00-4075-SELTZER
AUSA. Janice LeClaincter / LAUREN JORGENSEN    ATTY. Michael Salnick (Temp)
AGENT. JULIE VOGT-FBI            VIOL. 18:1344
PROCEEDING DETENTION HEARING     BOND. PTD (REQUESTED BY GOVT)

DISPOSITION

Deft present with counsel & stipulate to prior evidence heard (in USA vs. Tony Issa)

Govt. proffers more evidence

Witness: Julie Ann Vogt - S/A FBI - Sworn/tst.

Witness: Michael John Klein - Fraud Investigator - First Union Bank

Defense presents arguments

Govt. present arguments

Deft remains detained

Written Order to follow.

Exhibits 2-6 admitted into evidence

Defense waives 10 days for arraignment & request additional time

DATE: 4-25-00     TAPE: AEV 00-27-1829/ 00-28-1709 00-29-1

Report re Counsel & possible arraignment set for 5-3-00 @ 10:00 AM before Judge Johnson

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: __00-5091-AEV__

UNITED STATES OF AMERICA,

    Plaintiff,

ORDER ON INITIAL APPEARANCE

Language __LEBANESE__

v.

Tape No. __AEV 00-27-715__

    Defendant.

AUSA __STEPHEN CARLTON__

TONY ISSA a/k/a SALIM MATTA

Agent __FBI__

The above-named defendant having been arrested on __4-19-00__, having appeared before the court for initial appearance on __4-20-00__, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.

   Address: _____

   Zip Code: _____  Telephone: _____

2. _____ appointed as permanent counsel of record.

   Address: _____

   Zip Code: _____  Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 19__.

4. ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ **INITIAL HEARING RESET TO FRIDAY, 4-21-00 @ 9:30 AM BEFORE JUDGE VITUNAC (INTERP. REQUIRED)**

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____
**COURT ORDERED**
**ARRAIGNMENT AND**
A detention hearing, pursuant to 18 U.S.C. 3142(f), ~~xxxxxxx~~ **TO BE SET**, 19__.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:

_____

_____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

___ b. Report to Pretrial Services as follows: ____ times a week by phone ____ times a week in person; other: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____



—1—

SD/FM-1
Rev.12/95

Case 0:00-cr-06105-WPD Document 6 Entered on FLSD Docket 04/21/2000 Page 3 of 3
USA VS-WPD  USA a/k/a SALIM MATTA
00-5091-

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

      This bond was set:  At Arrest   _____

                              On Warrant  _____

                              After hearing _____

   If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    DONE AND ORDERED at _____**WPB**_____, this __**20**__ day of _____**APRIL**_____, xx **2000**.

                                                                       _____
                                                                         UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD TO Pretrial Services

SD/F M-1
Rev.12/95