UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. 00-4075-BSS

vs.

ROBERT ISSA,
        Defendant.
_____/

**LIMITED NOTICE OF APPEARANCE OF
COUNSEL FOR PURPOSES OF BOND HEARING**

COMES NOW the undersigned attorney, who would hereby enter his appearance in the above captioned cause **for the limited purpose of a bond hearing**, and would request that it be noted in the Court file in this cause.

I HEREBY CERTIFY that a copy of the foregoing has been furnished via U.S. mail to the Office of the U.S. Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida 33401, this 20th day of April, 2000.

                                  Respectfully submitted,

                                  LAW OFFICES OF MICHAEL SALNICK, P.A.
                                  One Clearlake Centre, Suite 1203
                                  250 South Australian Avenue
                                  West Palm Beach, Florida 33401-5014
                                  Telephone: (561) 471-1000

                                  _____
                                  MICHAEL SALNICK, Fla. Bar No. 270962



# United States District Court

DISTRICT OF __Southern__ __Florida__

USA v. Tony, Issa a/k/a Salim Matta

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-5091-Vitunac

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ann E. Vitunac | Janice LaClairette | Donnie Murrell |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | AV Taped 27-1829 | Sandra Acevedo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4-25-00 | ✓ | ✓ | Copy of International Drivers License of Deft. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

**GOVERNMENT EXHIBIT**

CASE NO. 00-5091-AB

EXHIBIT NO. 1

RL № 23666

الجمهورية اللبنانية

وزارة الداخلية مصلحة تسجيل السيارات والآليات

**REPUBLIQUE LIBANAISE**
MINISTÈRE DE L'INTÉRIEUR-SERVICE AUTOMOBILE

تجــول السيارات الدولي

CIRCULATION AUTOMOBILE INTERNATIONALE

رخصــة ســوق دوليــة

**PERMIS INTERNATIONAL DE CONDUIRE**

اتفاقية ١٩ ايلول سنة ١٩٤٩ بشأن السـير

Convention Internationale du 19 Septembre 1949

اصدار الرخصة

Délivrance du Permis :

Lieu Beyrouth          المحل

Date 6.11.1999         التاريخ

(1) Signature et Sceau de l'autorité.
Signature et Sceau de l'association habilitée par l'autorité.

نموذج مجاني رسمي يحظر استعماله لغير الموظفين       ١٩٨٩

Permis délivré à partir du Permis Libanais

N° ............ Date ...........

Le présent permis est valable, sur les territoires de tous les Etats contractants mentionnés ci-dessous, pendant un an à dater du jour de la délivrance, pour la conduite des véhicules appartenant à la catégorie ou aux catégories visées à la dernière page.

Il est entendu que le présent permis ne met en aucune sorte l'obligation où se trouve son porteur de se conformer entièrement aux lois et règlements relatifs à l'établissement, à l'exercice d'une profession en général, dans chaque pays où il circule.

| A |
| B |
| C |
| D |
| E |

1
2 Antoine
3
4 1942
5 Beyrouth

| A |
| C |
| D |
| E |

I ............
II ............
III ............
IV ............

EXCLUSIONS (pays):

V ............
VI ............
VII ............
VIII ............

Signature du titulaire ou empreinte du pouce

Permis délivré à partir du Permis Libanais

No 159 .......... Date 21.9.1983

1. Issa
2. Antoine Georges Barbara
3. ..........
4. 1942
5. Beyrouth

Le présent permis est valable, sur les territoires de tous les Etats contractants mentionnés ci-dessous, pendant un an à dater du jour de la délivrance, pour la conduite des véhicules appartenant à la catégorie ou aux catégories visées à la dernière page.

Il est entendu que le présent permis ne diminue en aucune sorte l'obligation où se trouve son porteur de se conformer entièrement aux lois et règlements relatifs à l'établissement ou à l'exercice d'une profession en vigueur dans chaque pays où il circule.

| | |
|---|---|
| A | |
| B | |
| C | |
| D | |
| E | |

| | |
|---|---|
| A | |
| C | Sceau ou cachet de l'autorité |
| D | Sceau ou cachet de l'autorité |
| E | Sceau ou cachet de l'autorité |

Signature du ...
ou empreinte ...

EXCLUSIONS (pays) :

I .......... V ..........
II .......... VI ..........
III .......... VII ..........
IV .......... VIII ..........