SRP:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

18 U.S.C. 371
18 U.S.C. 1344

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, :

v. :

ROBERT ISSA, :
  a/k/a Robert Matta,
and :
TONY ISSA,
  a/k/a Salim Matta, :

        DEFENDANT. :
_____

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

Beginning on or about December 13, 1999, and continuing to at least March 30, 2000, in Broward County, in the Southern District of Florida, the defendants,

ROBERT ISSA,
a/k/a Robert Matta, and
TONY ISSA,
a/k/a Salim Matta,

did knowingly and willfully combine, conspire, confederate and agree with each other to commit an offense against the United States, namely, bank fraud, in violation of Title 18, United States Code, Section 1344.

## OBJECT OF THE CONSPIRACY

It was the object of the conspiracy for the defendants to enrich themselves by depositing a worthless check into an account at First Union National Bank, a federally insured financial institution, and then withdrawing cash from the account before the bank received notice that the check was worthless.

## OVERT ACTS

In furtherance of the conspiracy and to effect its object, the following overt acts, among others, were committed in the Southern District of Florida, and elsewhere:

A.   On or about December 13, 1999, defendant ROBERT ISSA opened a checking account in the name of World Media Import Export Corporation at First Union National Bank.

B.   On or about March 30, 2000, defendant ROBERT ISSA deposited a check at First Union National Bank for $975,000 drawn on an account at Republic Security Bank.

C.   On or about March 30, 2000, defendant ROBERT ISSA introduced TONY ISSA to personnel at First Union National Bank as a sheik.

D.   On or about March 30, 2000, defendant TONY ISSA walked out of First Union National Bank with $270,000 in cash.

All in violation of Title 18, United States Code, Section 371.

## COUNT II

On or about March 30, 2000, in Broward County, in the Southern District of Florida, the defendants,

ROBERT ISSA,
a/k/a Robert Matta, and
TONY ISSA,
a/k/a Salim Matta,

did knowingly and willfully devise and execute a scheme and artifice to defraud and to obtain monies and funds of First Union National Bank, a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, in that the defendants caused the deposit of a worthless check and the withdrawal of $270,000 cash as part of the same transaction.

In violation of Title 18, United States Code, Sections 1344 and 2.

## FORFEITURE

1. The allegations contained in Counts 1 and 2 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein, for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(2).

2. As a result of the foregoing offense, the defendants,

ROBERT ISSA,
a/k/a Robert Matta, and
TONY ISSA,
a/k/a Salim Matta,

shall forfeit to the United States all property, real and personal, involved in and constituting and derived from proceeds which the defendants, ROBERT ISSA, a/k/a Robert Matta, and TONY ISSA, a/k/a Salim Matta, obtained directly and indirectly as a result of the aforestated offense, in

violation of Title 18, United States Code, Sections 371 and 1344.

  3. Such forfeiture shall include the following:

    a. $270,000.00 in United States currency, and all interest and proceeds traceable thereto, in that such sum in aggregate is property which was obtained directly and indirectly from the aforestated offenses.

    b. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

     (1) cannot be located upon the exercise of due diligence;

     (2) has been transferred or sold to, or deposited with a third party;

     (3) has been placed beyond the jurisdiction of the Court; or

     (4) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to:

  A. The equity remaining in a white 2000 Ford Excursion vehicle, VIN #1FMNU43S57YEA0066, in the amount of approximately $13,000.

  B. Approximately $17,000.00 in account no. 0000009630 in the name of Coastal Mutual Inc., with Salim Matta as the signatory, at Republic Security Bank.

  C. Approximately $250.00 in account no. 0143004077 in the name of Hialeah Park

Racing Inc., with Robert Issa as the signatory, at Republic Security Bank.

All pursuant to Title 18, United States Code, Section 982(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

ROBERT ISSA and
TONY ISSA, a/k/a                **CERTIFICATE OF TRIAL ATTORNEY***
Salim Matta                     **Superseding Case Information:**

**Court Division:** (Select One)

| | |
|---|---|
| New Defendant(s) | Yes ___ No ___ |
| Number of New Defendants | ___ |
| Total number of counts | ___ |

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_

   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_      Petty       ___
   II   6 to 10 days     ___      Minor       ___
   III  11 to 20 days    ___      Misdem.     ___
   IV   21 to 60 days    ___      Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) _YES_
   If yes:
   Magistrate Case No.   _00-4075-BSS(Deft. Robert Issa); 00-5091-AEV(Deft. Tony Issa)_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  _4/19/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No   If yes, was it pending in the Central Region? _ Yes _ No

                                    _____
                                    STEVEN R. PETRI
                                    ASSISTANT UNITED STATES ATTORNEY
                                    COURT NO. A550048

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>ROBERT ISSA</u>     No.: _____

Count #1:    Conspiracy to Commit Bank Fraud
             18 U.S.C. 371

*Max Penalty:   <u>5 years' imprisonment; $250,000 fine</u>

Count #2     Bank Fraud
             18 U.S.C. 1344

* Max Penalty:  <u>30 years' imprisonment; $1 million fine</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: <u>TONY ISSA</u>        NO.: _____

Count #1:   Conspiracy to Commit Bank Fraud
            18 U.S.C. 371

*Max Penalty:   <u>5 years' imprisonment; $250,000 fine</u>

Count #2    Bank Fraud
            18 U.S.C. 1344

* Max Penalty:  <u>30 years' imprisonment; $1 million fine</u>

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.