# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 5/3/00   TIME: 10:00 AM

DEFT. TONY ISSA aka SALIM MATTA (J)   CASE NO. 00-6108-CR-DIMITROULEAS
(Lebanese Interpreter)

AUSA. STEVEN R. PETRI   ATTY. DONNIE MURRELL - TEMP

AGENT. JULIE VOGT - FBI   VIOL. BANK FRAUD
18:1344, 371

PROCEEDING REPORT RE: CSL & ARRAIGN   BOND. PTD (AEV)

DISPOSITION ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Report re: counsel and arraignment reset to 5/15/00 in Ft. Lauderdale before Duty Magistrate Judge.

DATE: 5/3/00   TAPE: LRJ-00- 32-480