UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO: 00-6108 CR-DIMITROULEAS

vs.

TONY ISSA,
a/k/a/ Salim Matta
_____/

### NOTICE OF APPEARANCE

The Clerk of the Court in and for the United States District Court, Southern District of Florida will please enter the appearance of the undersigned attorney for TONY ISSA a/k/a SALIM MATTA in the above-entitled cause.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Steven Petri, Esquire, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida  33401 by U.S. Mail on this _____ day of May, 2000.



**DONNIE MURRELL, ESQUIRE**
**FLORIDA BAR NO: 326641**
400 Executive Center Drive
Suite 201--Executive Center Plaza
West Palm Beach, Fl.  33401
(561) 686-2700

COPIES NOT PROVIDED