| | |
|---|---|
| DEFT: Tony Issa (J)# | CASE NO: 00-6108-CR-Dimitrouleas |
| AUSA: Steve Petri /Nicholson | ATTNY: Donnie Murrell (temp) |
| AGENT: | VIOL: present |
| PROCEEDING: Inquiry re Counsel/ Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

FILED by _____ D.C.

MAY 1 5 2000

CLARENCE MADDOX
CLERK U S DIST CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
   ___ Electronic Monitoring _____

Reading of Indictment waived
Plea entered
___
____ requested

Not Guilty ____
Jury trial demanded
Standing Discovery Order ____

Lebanese
(Speaks Language)

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/APPAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 5-30-00 11:00 Snow | | |
| DATE: 5-15-00 | TIME: 11:00am | TAPE # 00-C39 PG # | |

223-349