FILED by D.C.
MAY 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Tony Issa                                     ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-15-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address:  IN CUSTODY

                     Telephone:

DEFENSE COUNSEL:     Name:  DONNIE MURRELL

                     Address:

                     Telephone:
                              CONT'D IN CUSTODY
BOND SET/CONTINUED:  $

Bond hearing held: yes____ no____ Bond hearing set for_____
Dated this  15  day of  May , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
    Deputy Clerk

Tape No. 00-039

cc: Clerk for Judge
    U. S. Attorney