HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __HOPIHER A. BRYAN_____ CASE NO: __99-3-CR-DIMITROULEAS__

AUSA __DAVID WEINSTEIN__ /Thompson for/ ATTY __CURT OBRONT__ pres

Disc not out — motions due June 16
Disc must be out by June 2

DEFT __TONY ISSA_____ CASE NO: __00-6108-CR-DIMITROULEAS__

AUSA __STEVEN PETRI__ /Thompson/ ATTY ~~DONNIE MURRELL~~ pres

Trial June 16 — disc out

@ 901

DEFT __GEORGE GOULD_____ CASE NO: __00-6118-CR-FERGUSON__

AUSA __STEVEN PETRI__ /Thompson/ ATTY __FPD - Wilcox__

Disc out — possible plea

@ 946

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __MAY 30, 2000_____ TIME __11:00 A.M._____