UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

        Plaintiff,          :

v.                                 :

TONY ISSA,                         :

        Defendant.          :

_____

**STATUS REPORT**

A status conference was held in this cause on May 30, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided and a discovery conference was held on May 25, 2000.

2. This case is ready for trial as scheduled on June 16, 2000.

DATED at Fort Lauderdale, Florida, this 31st day of May, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Steve Petri (FTL)
Donnie Murrell, Esq.