UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERCIA    CASE NO: 00-6108 CR-DIMITROULEAS

vs.

TONY ISSA,
     Defendant.
_____/

### NOTICE OF NEED TO UTILIZE ARABIC TRANSLATOR

**PLEASE TAKE NOTICE** that the Defendant, TONY ISSA, needs to utilize an Arabic translator for the purposes of all pretrial hearings and at the trial of this matter.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Steven Petri, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394 and to F. Lee Bailey, Esquire, Attorney for Robert Issa, 823 North Olive Avenue, West Palm Beach, Florida 33401 by U.S. Mail on this 31st day of May, 2000.

Respectfully Submitted,

**DONNIE MURRELL, ESQUIRE**
**FLORIDA BAR NO: 326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, Florida 33401
(561) 686-2700

