
## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6108-CR-WPD    DATE: June 16, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Rehanne, Michael, Diana

UNITED STATES OF AMERICA   VS   Troy Lara

U.S. ATTORNEY: Kim Petri    DEFT. COUNSEL: _____

REASON FOR HEARING: Carmen's Call / Status Conf.

RESULT OF HEARING: Law has filed a motion to eliminate conflicts. Court grants motion (oral motion) in limine re 404B evidence

Chris Lacey for trial on Monday

JUDGMENT: _____

CASE CONTINUED TO: Monday 6/19   TIME: 9:00   FOR: Jury Selection & Trial

MISC: _____

