UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NO:00-6108-CR-DIMITROULEAS
)
Plaintiff, )
)
v. )
)
TONY ISSA )
)
Defendant, )
_____)

## UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through its undersigned Assistant United States Attorney respectfully requests the Court to include in its voir dire, the attached questions in addition to the questions usually asked by the Court.

Respectfully Submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
FL BAR NO. 343226
500 E. BROWARD BLVD.
Fort Lauderdale, Florida 33394
(954) 356-7255

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand delivered this ____ day of June, 2000 to: Donnie Murrell, 400 Executive Center Dr., Suite 201, West Palm Beach, Florida 33401

LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

1



## PROPOSED VOIR DIRE QUESTIONS

1. Have any of you, your relatives or your close friends had any contact with law enforcement officials which might prejudice you against law enforcement?

2. Have any of you had any unpleasant experience with a government agency that would cause you to be prejudiced against the government?

3. Do each of you understand that regardless of any personal feelings or opinions you have about this case, that you must accept the law regarding it from the Court?

4. Will each of you follow this rule?

5. If your idea about the law does not square with the Court's instructions in the law are you able and willing to put aside your own ideas about what the law is or ought to be?

6. Is there any reason why it would be difficult for any of you to render a guilty verdict in this case assuming you are ultimately convinced of the defendant's guilt beyond a reasonable doubt?

7. Do you understand that the lawyers on both sides of this case are bound by the same rules of evidence and that if I rule in favor or against one or the other at any time I do not mean to indicate any partiality to one side or the other?

8. Have you, your relatives or your close friends ever been arrested? If so, what were the circumstances?

    a. If any potential juror answers this question in the affirmative, the government respectfully requests that the Court question the potential juror regarding the

   circumstances, in private, at the bench, so as to avoid embarrassment to the potential juror.

9. Have you, your relatives or your close friends ever been charged with a criminal offense?

   a. If any potential juror answers this question in the affirmative, the government respectfully requests that the Court question the potential juror regarding the circumstances, in private, at the bench, so as to avoid embarrassment to the potential juror.

10. Have you now, or do you expect to have, a case against or a claim against or a dispute with the United States Government? Is there anything about that proceeding that you found upsetting or troubling in any way?

11. The Government expects to call the following witnesses on behalf of the government. [United States Attorney or Court should read the witness list.] Do any of you know any of these individuals?

3