## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6108-CR-WPD   DATE: June 19, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff  9212 ISM#11

PROBATION: _____   INTERPRETER: _Malui_

UNITED STATES OF AMERICA   VS.   Tony Lisa

U.S. ATTORNEY: _Steve Patrick_ & _Lynn Rosenthal_   DEFT COUNSEL: _Michael Murrell_

REASON FOR HEARING: _Jury Selection & Trial Day 1_

RESULT OF HEARING: _Jury voir dire. Jury selected and sworn. Gov't invokes rule. Preliminary instructions. Opening Statements. Gov't's Case in Chief._

JUDGMENT: _____

CASE CONTINUED TO: 6/20/00   TIME: 10:00   FOR: trial

MISC: _Day 2_

