# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## **HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6108-cr-WPD            DATE: June 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____           INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    _Wing _____

U.S ATTORNEY: _Tim Petti & Lynn_    DEFT. COUNSEL: _____
            _Aturne_

REASON FOR HEARING: _Jury trial day 2_

RESULT OF HEARING: _Counsel Argue Rule 104(?)_
_Motion in Limine. Gov't case in chief_
_Continued. Gov't rests._
_Defts Rule 29 Motion for judgment of_
_acquittal is denied. Court holds charge conf._
_with parties. Closing Arguments._

JUDGMENT: _Jury Deliberations_

CASE CONTINUED TO: _6/21/00_    TIME: _9:00_    FOR: _Day 3_

MISC: _____

