**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6108-CR-WPD    DATE: June 21, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Tony Lisa

U.S. ATTORNEY: Steve Petri / Lynn _____    DEFT. COUNSEL: Donnie Murrell

REASON FOR HEARING: Jury Trial Day 5

RESULT OF HEARING: Court Reporter Read Testimony
Back to Jury. Jury Deliberations Continue.
Verdict Returned: Guilty Counts 1 & 2
Jury Polled.

JUDGMENT: _____

CASE CONTINUED TO: 9/1/00    TIME: 1030    FOR: Sentencing
MISC: _____

