AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

__Southern__ DISTRICT OF __Florida__

USA v. Tony Lissa

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6108-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Steve Petri / Lynn Rosenthal | Donnie Murrell |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 6/19/00, 6/20/00 | Bob Ryckoff | Vick Carlton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/19/00 | | | Sean Barrett |
| 2 | | 6/19/00 | | | Lisa Fiorita |
| | | 6/19/00 | | | ... |
| ✓ | | 6/19/00 | | | Theresa Venturini |
| ✓ | | 6/19/00 | | | ... Coulter... |
| | | 6/19/00 | | | ... |
| ✓ | | 6/19/00 | | | ... |
| ✓ | | 6/19/00 | | | ... |
| ✓ | | 6/2/00 | | | Allan ... |
| ✓ | | 6/2/00 | | | Sgt Matthew Green |
| ✓ | | 6/2/00 | | | Lois Hunter |
| ✓ | | 6/2/00 | | | Jake Vogt |
| | | | | | See attached exhibit list |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages

# UNITED STATES EXHIBIT LIST

UNITED STATES V. TONY ISSA
CASE NO. 00-6108-Cr-DIMITROULEAS

ASSISTANT UNITED STATES ATTORNEY
STEVEN R. PETRI

| EXHIBIT NUMBER. | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 1 | $975,000 check and deposit slip | Fiorita | 6/19/00 |
| 2 | Acct Records of First Union Bank | Fiorita | 6/19/00 |
| 3 | Bank Surveillance Photos | Fiorita | 6/19/00 |
| 4a-i | Blow-ups of Bank Surveillance Photos | Fiorita | 6/19/00 |
| 5 | Acct Records of Republic Security Bank for Hialeah Park Racing Acct | Stipulation/Leon | 6/20/00 |
| 6a&b | Acct Records of Republic Security Bank for Salim Matta Acct (a), including Salim Matta ID used to open Acct (b) | Leon | 6/19/00 |
| 7 | Salim Matta Identification (copy) | Acree | 6/19/00 |
| 8 | Tony Issa Identification (original) | Acree/Vogt | 6/19/00 |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. TONY ISSA
CASE NO. 00-6108-Cr-DIMITROULEAS

ASSISTANT UNITED STATES ATTORNEY
STEVEN R. PETRI
PAGE 2 OF 2

| EXHIBIT NUMBER. | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 9a&b | Photos of Ford Excursion | Acree | 6/19/00 |
| 10 | Photo of Tony Issa | Vogt | |
| 11 | ~~Cigarette Lighter~~ Dr'ver's | Vogt | 6/2/00 |
| 12 | ~~404B Records~~ Susan Vogt | | |
| 14 A | Signature card | Jusen | 6/21/00 |
| 13 | check | Jusen | |
| C | photo | Jusen | 6/29/00 |