OO - 6108-Cr-WPD
USA v. Tony Issa
Jury notes





Can we get

a copy of

Shawn Berets

testimony ?

Mike Marin 6/20/00

6/20/00

We are requesting that the following testimonies be read to us on Wednesday morning, June 21, 2000:

1. Shawn Barrett, Financial Specialist
2. Lisa F., The bank teller (First Union - Plantation, FL)

x _Mike Marin_

Date 6/20/00

We have a
verdict.

mike Mano

6/21/00