UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6108-CR-DIMITROULEAS

  Plaintiff,
vs.  **VERDICT**

TONY ISSA,

  Defendant.
_____/

FILED JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WE, THE JURY, FIND: the Defendant, TONY ISSA,

As to Count I   Guilty
                GUILTY/NOT GUILTY

As to Count II  Guilty
                GUILTY/NOT GUILTY

as charged in the Indictment.

So say we all.

_Mike Maiei_  _____6/21/00_____
FOREPERSON    DATE

