UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | . CASE NO. 00-6108-CR-WPD |
| PLAINTIFF, | . MIAMI, FLORIDA |
| | . APRIL 25, 2000 |
| V. | . 2:00 P.M. |
| ROBERT ISSA AND TONY ISSA, | . |
| DEFENDANTS. | . |



FILED by _____ D.C.
APPEAL
JUN 2 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

TRANSCRIPT OF DETENTION HEARING OF ROBERT ISSA

HAD BEFORE THE HONORABLE ANN E. VITUNAC,

UNITED STATES MAGISTRATE JUDGE.

RIPT

(305) 523-5568