UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA,    . CASE NO. 00-6108-CR-WPD
                             .
           PLAINTIFF,        . MIAMI, FLORIDA
                             . APRIL 21, 2000
      V.                     . 9:30 A.M.
                             .
TONY ISSA,                   .
                             .
           DEFENDANT.        .
. . . . . . . . . . . . . . .

FILED by _____ D.C.
APPEAL
JUN 2 3 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TRANSCRIPT OF INITIAL HEARING OF ANTHONY ISSA
HAD BEFORE THE HONORABLE ANN E. VITUNAC,
UNITED STATES MAGISTRATE JUDGE.

- - - - -
PAGES 1 THROUGH 9
- - - - -

APPEARANCES:

FOR THE GOVERNMENT:      STEPHEN CARLTON
                         ASSISTANT U.S. ATTORNEY
                         99 N.E. 4TH STREET
                         MIAMI, FLORIDA  33132

FOR THE DEFENDANT        LARRY D. MURRELL, JR., ESQ.
TONY ISSA:               400 EXECUTIVE CENTER DRIVE, SUITE 201
                         WEST PALM BEACH, FLORIDA  33401

TRANSCRIPTIONIST:        FRANCINE C. SALOPEK, R.M.R.
                         OFFICIAL COURT REPORTER
                         UNITED STATES DISTRICT COURT
                         301 NORTH MIAMI AVENUE, ROOM 804
                         MIAMI, FLORIDA  33128-7709
                         (305)523-5568

- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.