UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TONY ISSA,

    Defendant.

_____/

CASE NO. 00-6108-CR-DIMITROULEAS

## O R D E R

THIS CAUSE having been heard upon the Government's June 30, 2000 Motion To Forfeit Substitute Property, the Court defers ruling for five (5) days to await a response, if any, from defense counsel.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Steven R. Petri, AUSA

~~Larry~~ Donald Murrell, Jr., Esquire
400 Executive Center Drive
Suite 201
West Palm Beach, FL 33401

