**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TONY ISSA,
a/k/a Salim Matta

      Defendant.
_____/

### AMENDED PRELIMINARY ORDER OF FORFEITURE

This matter came before the Court on the United States' motion to forfeit certain properties of Defendant Tony Issa, a/k/a Salim Matta, in substitution for the $270,000.00 in bank fraud proceeds that were forfeited to the United States on June 26, 2000. Having reviewed the United States' motion, as well as the relevant evidence presented at trial, the Court finds:

THAT pursuant to Title 21, United States Code, Section 853(p) the below listed property owned or held on behalf of Defendant Tony Issa, a/k/a Salim Matta, is hereby CONDEMNED AND FORFEITED to the United States in partial substitution for the $270,000.00 as follows:

    1.    Approximately $17,750.00 in account no. 0000009630, in the name of Coastal Mutual Inc., with Salim Matta as the signatory, at Republic Security Bank, 4441 Beacon Circle, West Palm Beach, Florida; and

    2.    $799.00 in cash recovered from Defendant at the time of his arrest.

The above substitute property is forfeited up to the value of $18,549.00, said value to be

1



determined by the net proceeds realized by the Government after the disposition of any third party claims to the property. Any net proceeds from the disposition of the substitute property that collectively exceed $270,000.00 shall be returned to the Defendant Tony Issa, a/k/a Salim Matta.

It is further ordered that the United States Attorney General or her authorized designees shall seize and dispose of the above substitute property in accordance with law and Fed. R. Crim. P. 32(b)(2).

July 12, 2000

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: AUSA Steven R. Petri
AUSA William H. Beckerleg, Jr.
Larry Donald Murrell, Esq.