**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TONY ISSA,
   a/k/a "Salim Matta"

       Defendant.
_____/

## PROOF OF PUBLICATION OF NOTICE OF FORFEITURE FOR PUBLICATION

The United States gives Notice of filing the attached Notice of Forfeiture for Publication.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____

WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180



# BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

**STATE OF FLORIDA**
**COUNTY OF BROWARD:**

Before the undersigned authority personally appeared
C. SAXON, who on oath says that she is the
ADMINISTRATIVE ASSISTANT, of the Broward Daily Business
Review f/k/a Broward Review, a newspaper
published at Fort Lauderdale, in Broward
County, Florida; that the attached copy of advertisement,
being a Legal Advertisement of Notice in the matter of

00-6108
NOTICE OF FORFEITURE   UNITED STATES OF AMERICA
VS TONY ISSA

in the  U.S. DISTRICT       Court,
was published in said newspaper in the issues of

07/11/2000

Affiant further says that the said Broward Daily Business
Review is a newspaper published at Fort Lauderdale, in said
Broward County, Florida and that the said newspaper has
heretofore been continuously published in said Broward County,
Florida and has been entered as second class mail matter at the post
office in Fort Lauderdale in said Broward County, Florida, for a
period of one year next preceding the first publication of the
attached copy of advertisement; and affiant further says that she has
neither paid nor promised any person, firm or corporation
any discount, rebate, commission or refund for the purpose
of securing this advertisement for publication in the said
newspaper.

Sworn to and subscribed before me this

11    day of JULY      , A.D. 2000

(SEAL)

C. SAXON personally known to me



Juliana Howard
MY COMMISSION # CC660207 EXPIRES
August 24, 2001
BONDED THRU TROY FAIN INSURANCE INC

**NOTICE OF FORFEITURE**
**FOR PUBLICATION**
UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA Case No. 00-6108-
CR-DIMITROULEAS UNITED
STATES OF AMERICA, Plaintiff, v.
TONY ISSA, a/k/a Salim Matta Defendant. Notice is hereby given that
on June 26, 2000, in the case of
United States v. Tony Issa, Case
No. 00-6108-CR-Dimitrouleas, the
United States District Court for the
Southern District of Florida entered
a Judgment and Preliminary Order
of Forfeiture condemning and forfeiting the defendant's interest in
the following property to the United
States of America: 1. $270,000.00
in United States currency, representing the defendant's interest in
the proceeds obtained directly or indirectly from the bank fraud offenses for which he was convicted. The
foregoing Judgment and Preliminary Order of Forfeiture having
been entered on June 26, 2000, the
United States hereby gives notice of
its intention to dispose of the forfeited property in such manner as the
United States Attorney General
may direct. Arrangements to view
the subject property may be made
by contacting the United States
Marshals Service, located at 51
S.W. 1st Avenue, Miami, FL 33130,
telephone (305) 536-7575, during
normal business hours. Any person
having or claiming a legal right, title
or interest in the aforementioned
property must petition the District
Court for the Southern District of
Florida for a hearing to adjudicate
the validity of his/her alleged interest in the property within thirty (30)
days of the final publication of this
notice pursuant to 21 U.S.C. §
853(n). The petition shall be signed
by the petitioner under penalty of
perjury and shall set forth the nature
and extent of the petitioner's right,
title or interest in the forfeited property, the time and circumstances of
the petitioner's acquisition of the
right, title and interest in the forfeited property and any additional facts
supporting the petitioner's claim
and the relief sought. The petition
shall be filed with the United States
District Court for the Southern District of Florida in the above-styled
case at the following address: Clerk
of Court 301 North Miami Avenue
Room 150 Miami, Florida 33128-
7788 Copies of the petition shall
also be served upon the United
States Attorney to the attention of:
WILLIAM H. BECKERLEG, Jr. Assistant U.S. Attorney U.S. Attorney's Office 500 E. Broward Boulevard Suite 700 Fort Lauderdale, Fl
33394 Following the Court's disposition of all petitions filed; or if no
such petitions are filed, following
the expiration of the period specified above for the filing of such petitions, the United States shall have
clear title to the property and may
warrant good title to any subsequent purchaser or transferee. Respectively submitted, GUY A. LEWIS UNITED STATE ATTORNEY
BY: WILLIAM H. BECKERLEG,
JR. ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700 Ft.
Lauderdale, Florida 33394 Tel:
(954) 356-7314 ext. 3614 Fax:
(954) 356-7180 Fla Bar No.
A5500074
7/11                        00-4-15/70444B