UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff.

vs.

TONY ISSA

    Defendant.
_____/

**NIGHT BOX FILED**
AUG 2 1 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## JOINT MOTION TO RESOLVE ALL SENTENCING ISSUES

The United States of America hereby files this joint motion to resolve all sentencing issues, and states the following:

1. Undersigned counsel has agreed with defense counsel Donnie Murrell to resolve all sentencing issues before the Court, which entails an agreement as to the amount of loss, minor role adjustment, and recommendations of low end of the guideline range.

2. As to the amount of loss, both parties agree to recommend that the amount of the intended loss under Section 2 Fl.1 of the Guidelines is $370,000. This amount is derived from the $270,000 in cash that was actually received, plus the $50, 000 cashier's check to a jewelry store and $50,000 in Traveler's Checks that were negotiated for but not received.

3. Based upon an offense level of 6 points, a loss amount of $370,000 which adds 9 points, and more than minimal planning which adds 2 points the defendant initially scores out at a level 17.



After a two point reduction for minor role, the offense level is 15 and with criminal history category I the defendant faces a guideline range of 18 - 24 months. As part of this agreement, both parties are requesting a sentence of 18 months.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ Steven R. Petri

STEVEN R. PETRI
Assistant United States Attorney
Court No: A550048
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
(954)356-7255 ext. 3595
(954)356-7336 FAX

### Certificate of Service

**I HEREBY CERTIFY** that a true a correct copy of the foregoing was mailed this 21st day of August, 2000, to:

Donnie Murrell
400 Executive Center Drive
Suite 201 – Executive Center Plaza
West Palm Beach, Florida 33401

Dedra Pratt
U.S. Probation Officer
299 E. Broward Blvd, Room 401
Fort Lauderdale, Florida 33301-1168

/s/ Steven R. Petri

STEVEN R. PETRI
Assistant United States Attorney