**CRIMINAL MINUTES**

FILED by _VC_ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6108-CR-WPD   DATE: September 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Audra Pratt    INTERPRETER: Arabic

UNITED STATES OF AMERICA   VS.   Tony Issa

U.S. ATTORNEY: Steve Petri    DEFT. COUNSEL: Donnie Murrell
Eileen O'Connor

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
21 months BOP, 5 years Supervised
Release, no fine, $200 Assessment
$269,063.77 Restitution Joint & Several
liability

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.

