## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 00- 6108-CR-DIMITOULEAS

-------------------------------------------------X

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

  --Vs.—

**TONY ISSA,**
        **Defendant.**
-------------------------------------------------X

## DEFENDANT'S UNOPPOSED MOTION FOR
## JUDICIAL RECOMMENDATION TO BUREAU OF PRISONS
## REGARDING DESIGNATION

Defendant, Tony Issa, by and through his undersigned counsel, respectfully moves this honorable court for an order granting a recommendation to the Bureau of Prisons regarding designation of the sentence. As reasons and grounds, defendant states:

1.      On September 1, 2000 defendant was sentenced to a term of 21 months imprisonment.

2.      The Bureau of Prisons welcomes recommendations from the sentencing court regarding matters of designation to a particular institution.[1]

---

[1]      *See* Bureau of Prisons Program Statement 5100.07, "Security Designation and Custody Classification Manual" (CN-1 Feb. 17, 2000) at Ch. 7, P. 11.



3.     The presentence report reflects that defendant's family members reside in New Jersey. Defendant is therefore seeking to be designated by the BOP to a facility in that area.

**4.**     Specifically, defendant respectfully seeks the grant of a non-binding recommendation to the Bureau of Prisons seeking the following, if consistent with Mr. Issa's security and custody status:  Designation to the **Federal Prison Camp at Ft. Dix, New Jersey.**

**5.**     Defendant's son and codefendant, Robert Issa, is scheduled to be sentenced September 15, 2000. The Bureau of Prisons also seeks to keep incarcerated family members together. A judicial recommendation to that effect would also be appreciated. A proposed Order is submitted herewith.

6.     Undersigned counsel has conferred with Steven R. Petri, AUSA and the government has no objection to the granting of this motion.

WHEREFORE, for the foregoing reasons, it is respectfully prayed that an order issue granting the requested relief.

Respectfully submitted,

**DONNIE MURREL, Esq.**
**Attorney for Defendant (Tony Issa)**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL. 33401
Tel. 561 686-2700
Fax 561 686-4867

By: _____

**DONNIE MURREL**
Florida Bar No. 326641

## CERTIFICATE OF SERVICE

I certify that I have mailed the foregoing motion to: Steven R. Petri,

AUSA 500 E. Broward Blvd. 7th Floor Ft. Lauderdale, FL. this ___ day of

September, 2000.

_____