**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00- 6108-CR-DIMITOULEAS

------------------------------------------------X

UNITED STATES OF AMERICA,
    Plaintiff,

--Vs.—

TONY ISSA,
Reg. No. 53781-004
    Defendant.
------------------------------------------------X

FILED by _____ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS MATTER AROSE UPON Defendant's Unopposed Motion for Judicial Recommendation To Bureau of Prisons Regarding Designation. Upon consideration of the motion and all previous pleadings and proceedings had herein, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED. It is further

ORDERED and ADJUDGED that the Court recommends that defendant be incarcerated at the Federal Prison Camp (Satellite to FCI) at Fort Dix, New Jersey if such designation is otherwise consistent with



defendant's security and custody level as determined by the BOP; it is further

ORDERED and ADJUDGED that defendant be incarcerated with his father and codefendant, Robert Issa (Reg. No. 53782-004), who is pending sentencing before this Court, if otherwise consistent with security, custody and classification as determined by the BOP.

DONE and ORDERED in chambers this 12 day of September 2000 in the City of Ft. Lauderdale, Florida.

HON. WM. P. DIMITROULEAS
US DISTRICT JUDGE

Copies furnished:

Sharon Byrns, Case Manager
Community Corrections Manager Admin.
US Bureau of Prisons
401 N. Miami Ave.
Miami, FL. 33128

Steven R. Petri, AUSA
Donnie Murrell, Esq.