FILING FEE
PAID ___ NO
In Forma
Pauperis ___
Clarence Maddox, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6108-CR-DIMITROULEAS

--------------------------------------------X

**UNITED STATES OF AMERICA,**
            **Plaintiff,**
    --Vs.—

**TONY ISSA,**
            **Defendant.**
--------------------------------------------X

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Tony Issa, *PRO SE,* the above-named defendant, hereby appeals the Order of Judgment and Sentence entered in this case on September 1, 2000.

I certify that a copy of this notice was sent by mail this 11th day of September, 2000 to: Steven R. Petri, Esq., AUSA 500 East Broward Blvd. 7th Floor Ft. Lauderdale, FL. 33301.

> Respectfully submitted,
> **TONY ISSA**
> *PRO SE*
> Reg. No. 53781-004
> FDC
> Box 01920
> Miami, FL. 33101-9120
>
> By: *Tony Issa*
> **TONY ISSA**