**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ISSA,

    Defendant.
_____/

### PROOF OF PUBLICATION OF NOTICE OF FORFEITURE FOR PUBLICATION

The United States gives Notice of filing the attached Notice of Forfeiture for Publication.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____

WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180



## BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

**STATE OF FLORIDA**
**COUNTY OF BROWARD:**

Before the undersigned authority personally appeared C.J. SAXON, who on oath says that she is the ADMINISTRATIVE ASSISTANT, of the Broward Daily Business Review f/k/a Broward Review, a newspaper published at Fort Lauderdale, in Broward County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

00-6108
NOTICE OF FORFEITURE   UNITED STATES OF AMERICA
VS ROBERT ISSA

in the   U.S. DISTRICT      Court,
was published in said newspaper in the issues of

09/11/2000

Affiant further says that the said Broward Daily Business Review is a newspaper published at Fort Lauderdale, in said Broward County, Florida and that the said newspaper has heretofore been continuously published in said Broward County, Florida and has been entered as second class mail matter at the post office in Fort Lauderdale in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this

11   day of SEPTEMBER       , A.D.  2000

(SEAL)

C.J. SAXON personally known to me

Cora Herman
MY COMMISSION # CC702858 EXPIRES
March 10, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

---

**NOTICE OF FORFEITURE FOR PUBLICATION**
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6108-CR-DIMITROULEAS
UNITED STATES OF AMERICA,
Plaintiff,
vs.
ROBERT ISSA,
Defendant.

Notice is hereby given that on August 21, 2000 in the case of United States v. Robert Issa, Case No. 00-6108-CR-Dimitrouleas, the United States District Court for the Southern District of Florida entered a Judgment and Preliminary Order of Forfeiture condemning and forfeiting the defendant's interest in the following property to the United States of America:

1. $250.00 in United States currency in account no. 0143004077 at Republic Security Bank in the name of Hialeah Park Racing, Inc.
2. Equity remaining in a White 2000 Ford Excursion vehicle, VIN# 1FMNU43S57YEA0066.

The foregoing Judgment and Preliminary Order of Forfeiture having been entered on August 21, 2000, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the United States Attorney General may direct. Arrangements to view the subject property may be made by contacting the United States Marshals Services, located at 51 S.W. 1st Avenue, Miami, FL 33130, telephone (305) 536-7575, during normal business hours. Any person having or claiming a legal right, title or interest in the aforementioned property must petition the District Court for the Southern District of Florida for a hearing to adjudicate the validity of his/her alleged interest in the property within thirty (30) days of the final publication of this notice pursuant to 21 U.S.C. § 853(n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the

right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The petition shall be filed with the United States District Court for the Southern District of Florida in the above-styled case at the following address:

Clerk of Court
301 North Miami Avenue
Room 150
Miami, Florida 33128-7788

Copies of the petition shall also be served upon the United States Attorney to the attention of:

WILLIAM H. BECKERLEG, JR.
Assistant U.S. Attorney
U.S. Attorney's Office
500 E. Broward Boulevard
Suite 700
Fort Lauderdale, Fl 33394

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Respectfully submitted,
GUY A. LEWIS
UNITED STATES ATTORNEY
By: WILLIAM H. BECKERLEG, JR.
500 E. Broward Blvd.,
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Florida No. A5500074
9/11                00-4-23/88528B