# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**TONY ISSA a/k/a Salim Matta**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **0:00CR06108-002**
L. Donald Murrell, Jr., Esq./Steven Petri, AUSA
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☒ was found guilty on count(s) **1,2** after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Fraud | 03/30/2000 | 1 |
| 18 U.S.C. § 1344 | Bank Fraud | 03/30/2000 | 2 |

FILED by ___ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through ____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **04/28/1942**
Defendant's USM No.: **53781-004**
Defendant's Residence Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami**

Defendant's Mailing Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami         FL    33132**

**09/01/2000**
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

September 1, 2000
Date

DEFENDANT: **TONY ISSA a/k/a Salim Matta**
CASE NUMBER: **0:00CR06108-002**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **21 month(s)**.

21 months imprisonment on Count 1.
21 months imprisonment on count 2 to run concurrent to Count 1.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __10-3-00__ to __WARDEN FCI Fort Dix__
at __FTD, Fort Dix, NJ 08640__ , with a certified copy of this judgment.

RETURNED TO USM 10/5/00

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal