UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO: 00-6108-CR-DIMITROULEAS

vs.

TONY ISSA,
        Defendant.
_____/

### MOTION TO WITHDRAW

**COMES NOW**, the undersigned attorney and moves this Honorable Court for an order permitting him to withdraw as counsel for the Defendant, Tony Issa, in the above-styled cause. As grounds for said motion, undersigned counsel would state the following:

1. The fee agreement covered representation at the trial court level only.

2. Undersigned counsel has contacted Assistant United States Attorney, Anne R. Schultz, Esquire who has indicated that the United States takes no position on this motion.

**WHEREFORE**, it is respectfully requested that this motion be granted.

                                Respectfully Submitted

                                **DONNIE MURRELL, ESQUIRE**
                                **FLORIDA BAR NO: 326641**
                                400 Executive Center Drive
                                Executive Center Plaza, Suite 201
                                West Palm Beach, Fl. 33401
                                (561) 686-2700

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Anne R. Schultz, Esquire, Assistant United States Attorney, 99 N.E. 4th Street, Miami,



Florida  33132 by U.S. Mail on this 2nd day of November, 2000.

_____
DONNIE MURRELL, ESQUIRE