UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TONY ISSA,

    Defendant.
_____/

## ORDER

**THIS CAUSE**, having been heard upon Defendant's November 3, 2000 Motion to Withdraw [DE-83], and the Court noting that Donnie Murrell filed a Notice of Appearance on May 11, 2000 [DE-15], the Court refers this motion to Magistrate Judge Lurana Snow to conduct a Tjoflat hearing and issue a report and recommendation to this court on Defendant's Motion to Withdraw.

DONE and ORDERED at Ft. Lauderdale, Broward County, Florida this ____ day of November, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Donnie Murrell, Esquire
     400 Executive Center Drive, Suite 201
     West Palm Beach, FL 33401

     Anne R. Schultz, AUSA

     Honorable Lurana S. Snow
     United States Magistrate Judge

