UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-Dimitrouleas

UNITED STATES OF AMERICA,  :

    vs  :  **N O T I C E**

TONY ISSA  :

**Type of Case:   CRIMINAL**

FILED by ____ D.C.
NOV - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| **PLACE:** | **COURTROOM:**  203 -D |
| Federal Courthouse | |
| 299 E. Broward Boulevard | **DATE:** DECEMBER 6, 2000 |
| Fort Lauderdale, Florida 33301 | **TIME:** 11:30 A.M. |

**TYPE OF PROCEEDING:**

    MOTION TO WITHDRAW

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Date: NOVEMBER 7, 2000          _Jenny Butler_
                                      (By)  Deputy Clerk

cc: Honorable William P. Dimitrouleas
    Court of Appeals

    Donnie Murrell, Esq.

