

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 00-6108-CR-Dimitrouleas |
| Plaintiff, | : | |
| v. | : | DOB: 04/08/42<br>NO. 53781-004 |
| TONY ISSA | : | |
| Defendant. | : | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

TO:  ANY UNITED STATES MARSHAL, and

WARDEN, FCI, FORT DIX

**TONY ISSA, No. 53781-004**, the defendant in the above entitled case, is confined at Fort Dix and that said case is set for a hearing at the United States Federal Courthouse, 299 E. Broward Blvd., Courtroom 203-D, Fort Lauderdale, Florida on December 6, 2000, and that it is necessary for said defendant to be before this Court for the purpose of giving testimony in said proceeding;

NOW THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Tony Issa now in custody as aforesaid, under safe and secure conduct, before this Court at the United States Federal Courthouse, 299 E. Broward Blvd., Room 203-A, Courtroom D, Fort Lauderdale, Florida by or before 11:30 **a.m. on** December 6, 2000 for the purpose of testifying



in the above case, and upon completion of testimony that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Fort Dix, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of said Tony Issa for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED at Fort Lauderdale, Florida this ___7___ day of November, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA
U.S. Marshal (5 certified copies)
Chief Probation Officer