UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6108-CR-Dimitrouleas

FILED by D.C.
NOV 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA, :

vs. : **RE-NOTICE**

TONY ISSA :

---

**Type of Case: CRIMINAL**

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**PLACE:**

Federal Courthouse
299 E. Broward Boulevard
Fort Lauderdale, Florida 33301

**COURTROOM:** D
**ROOM:** 203

**DATE & TIME PREVIOUSLY SET:** 12/6/00 @ 11:30 A.M.

**CONTINUED TO DATE & TIME:**

DECEMBER 13, 2000 @ 11:30 A.M.

---

**TYPE OF PROCEEDING:**

MOTION TO WITHDRAW

---

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Date: NOVEMBER 15, 2000

(By) Deputy Clerk

Copies to: Honorable William P. Dimitrouleas
Court of Appeals
Donnie Murrell, Esq.

