UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO.: 00-6108 -CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT ISSA and TONY ISSA,

        Defendants.
_____/

### PETITIONER FIRST UNION NATIONAL BANK'S VERIFIED CLAIM TO FORFEITED FUNDS

Petitioner, First Union National Bank ("First Union"), through it undersigned counsel, hereby files it claim to the $17,750 forfeited in this matter and states:

1. On July 12, 2000, this Court entered an Order forfeiting $17,750 (the "Forfeited Funds") that had been held in a bank account at Republic Security Bank in the name of Defendant Tony Issa to the United States of America.

2. Thereafter, on September 1, 2000, the Court entered judgment against Tony Issa adjudicating him guilty of Bank Fraud resulting from fraudulent acts perpetrated against First Union. The Court also ordered Issa to pay restitution to First Union in the amount of $269,063.77.

3. First Union submits that, as the only victim that suffered a financial loss as a result of Mr. Issa's fraud, its right, title and interest in the Forfeited Funds is superior to that of the United States of America.



WHEREFORE, First Union National Bank requests that this Court enter an order awarding it the Forfeited Funds.

Respectfully submitted,

*/s/ Stephen B. Gillman*

Stephen B. Gillman  
Florida Bar No. 196734  
Jeffrey B. Shalek  
Florida Bar No. 996221  
GALLWEY GILLMAN CURTIS  
 VENTO & HORN, P.A.  
200 Southeast First Street, Suite 1100  
Miami, Florida 33131-2104  
Telephone: (305) 358-1313  
Facsimile: (305) 371-5826  
E-Mail JBShalek@GGCVH.Com  
Attorneys for First Union National Bank

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served by U.S. Mail on Bill Beckerleg, Esq., Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394 on this _14th_ day of November, 2000.

*/s/*

Of Counsel

G:\CASES\FU\Issa\ForfeitureClaim  
1 0373\11/7/00 JBS\ms

*VERIFICATION*

STATE OF FLORIDA )
) SS:
COUNTY OF BROWARD )

BEFORE ME, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared Michael Klein of First Union National Bank who, after being duly sworn, deposes and says that he is a Loss Investigator for First Union National Bank, that he has read the foregoing Verified Claim to Forfeited Funds and that the factual allegations of this claim are true and correct to the best of his personal knowledge and belief.

_____
Michael Klein, Loss Investigator
First Union National Bank

Sworn to and Subscribed before me, at the County and State aforesaid, on this ___ day of November, 2000.

_____
NOTARY PUBLIC, STATE OF FLORIDA
Print Name _____
✓ Personally known to me
__ Produced identification

Type and number of I.D.

✓ Did take an oath
__ Did not take an oath

Lois Duffield
MY COMMISSION # CC807255 EXPIRES
February 18, 2001
BONDED THRU TROY FAIN INSURANCE, INC