UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 00-6108-CR-DIMITROULEAS

    Plaintiff,

vs.

ROBERT ISSA and TONY ISSA,

    Defendants.
_____/

FILED by _____ D.C.
NOV 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE having been heard upon Plaintiff's First Union National Bank's November 15, 2000 Verified Claim to Forfeited Funds [DE-88], the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

F. Lee Bailey, Esquire
823 N. Olive Avenue
West Palm Beach, FL 33401

Stephen B. Gillman, Esquire
200 S.E. First Street, Suite 1100
Miami, FL 33131-2104

Bill Beckerleg, Esquire

Donne Murrell, Esquire
400 Executive Center Drive, #201
West Palm Beach, FL 33401

