**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

TONY ISSA,

    Defendant.
_____/

**STIPULATION OF SETTLEMENT BETWEEN
FIRST UNION NATIONAL BANK AND THE UNITED STATES**

WHEREAS, on November 15, 2000, First Union National Bank filed a third-party petition with the Court alleging to have a superior right, title or interest to the $17,750.00 forfeited from defendant Tony Issa on July 12, 2000;

WHEREAS, the United States and petitioner First Union National Bank have discussed the merits of the petition and are in agreement that the ancillary hearing matter regarding the petition should be settled and disposed of;

NOW THEREFORE, the United States and petitioner First Union National Bank, hereby stipulate and agree as follows:

1. As provided under 21 U.S.C. §853 (n)(6)(A), First Union National Bank has a superior right, title or interest than defendant Tony Issa over the $17,750.00 forfeited by the amended judgment and preliminary order of forfeiture entered on July 12, 2000, by the Court in this matter;



2. The $17,750.00 are monies which defendant Tony Issa illegally obtained from First Union National Bank through the offenses for which he was charged and convicted in this matter;

3. The United States agrees not to obtain a final order of forfeiture against the $17,750.00 and to return the monies, through a check payable to First Union National Bank, to First Union National Bank promptly after the entry of the order approving this stipulation; The check shall be forwarded to Jeffrey B. Shalek, Esq., Gallwey, Gillman, Curtis, Vento & Horn, P.A., 200 S.E. 1st Street, Suite 1100, Miami, Florida, 33131;

4. First Union National Bank, and/or its assigns, subsidiaries, and representatives agree not to commence and/or pursue any litigation and/or claims of any kind against the United States, any agency of the United States, any past or present employees, officers or agents of the United States or the United States Secret Service based upon the seizure and forfeiture of the $17,750.00 other than as provided under this Stipulation and exclusive of any claims or actions initiated to enforce the terms of this Stipulation and Settlement Agreement or for damages resulting from any non-compliance with the terms of this Stipulation of Settlement.

5. Each party shall bear its own respective costs and attorney's fees.

6. This Court reserves jurisdiction to enforce the terms of this stipulation, if necessary.

WHEREFORE, the United States and First Union National Bank request that this Court approve this Stipulation of Settlement and enter the proposed order filed herewith.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Fla. Bar No. A5500074
Tel: (954) 356-7314, ext. 3614
FAX: (954) 356-7180
E-mail: william.h.beckerleg@usdoj.gov

By: _____
JEFFREY B. SHALEK, ESQ.
Attorney for Petitioner
First Union National Bank
Gallwey, Gillman, Curtis, Vento & Horn P.A.
200 SE 1st Street, Suite 1100
Miami, Fl 33131-2104
Fla. Bar No. 996221
Tel: (305) 358-1313
FAX: (305) 371-5826
E-mail: JBSHALEK@GGCVH.com

3

CASE NO. 00-6108-CR-DIMITROULEAS

WHEREFORE, the United States and First Union National Bank request that this Court approve this Stipulation of Settlement and enter the proposed order filed herewith.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:_____
WILLIAM H. BECKERLEG, JR.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel:  (954) 356-7314, ext. 3614
Fax:  (954) 356-7180
E-mail: william.h.beckerleg@usdoj.gov

By:_____
JEFFREY B. SHALEK, ESQ.
Attorney for Petitioner
First Union National Bank
Gallwey Gillman Curtis Vento & Horn, P.A.
200 Southeast First Street, Suite 1100
Miami, Florida 33131-2104
Tel:  (305) 358-1313
Fax:  (305) 371-5826
E-mail: jbshalek@GGCVH.com

-3-