**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6108-CR-DIMITROULES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

TONY ISSA,

    Defendant.
_____/

**ORDER APPROVING STIPULATION OF SETTLEMENT**
**BETWEEN FIRST UNION NATIONAL BANK AND THE UNITED STATES**

**THIS CAUSE** having come before the Court on the Stipulation of Settlement filed by the parties in this matter, and the Court being duly advised in the premises, it is

**ORDERED AND ADJUDGED** that

1. The stipulation of settlement is adopted, ratified and approved by this Court.

2. All terms and conditions of the Stipulation of Settlement are incorporated by reference into this Order.

3. The Court shall retain jurisdiction for purposes of enforcing the terms and conditions of the Stipulation of Settlement.

4. First Union National Bank has a superior right, title, and interest to all other parties in the $17,750.00 forfeited in this matter.

5. Each party shall bear its own costs and attorney's fees.



**DONE AND ORDERED** this _____ day of November, 2000, at Fort Lauderdale, Florida.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:  AUSA William H. Beckerleg, Jr.
     Jeffrey Shalek, Esq.