UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO: 00-6108 CR-WPD

vs.

TONY ISSA,
    Defendant.
_____/

## NOTICE OF RESCINDING MOTION TO WITHDRAW

Please take notice that Donnie Murrell hereby rescinds
the previous Motion to Withdraw filed with this Court.

**I HEREBY CERTIFY** that a true and correct copy of the

foregoing has been furnished to Anne R. Schultz, Esquire,

Assistant United States Attorney, 99 N.E. 4th Street, Miami,

Florida  33132 by U.S. Mail on this _____ day of November,

2000.

**DONNIE MURRELL, ESQUIRE**
**FLORIDA BAR NO: 326641**
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, Florida  33401
(561) 686-2700

