```
FILED by _____ D.C.
DKTG
DEC 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

---

December 20, 2000

RE: 00-14863-I    USA v. Tony Issa
DC DKT NO.: 00-06108 CR-WPD

TO:  Clarence Maddox

CC:  Anne R. Schultz

CC:  Larry Donald Murrell Jr.

CC:  Administrative File



## United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

December 20, 2000

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-14863-I   USA v. Tony Issa
DC DKT NO.: 00-06108 CR-WPD



The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pamela Allen (404) 335-6188

Encl.

DIS-4 (1-1999)

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 00-14863-I

UNITED STATES OF AMERICA,

                      Plaintiff-Appellee,

versus

TONY ISSA,
a.k.a. Salim Matta,

                      Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: EDMONDSON and HULL, Circuit Judges.

BY THE COURT:

    Appellant's "notice of voluntary dismissal" and "amended notice of voluntary dismissal of appeal with prejudice", which are construed as motions to dismiss this appeal with prejudice, is GRANTED.