UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TONY ISSA,
    a/k/a "Salim Matta"

    Defendant.
_____/

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States requests that this Court enter a final order of forfeiture pursuant to 21 U.S.C. §853(n)(7), against the property listed below. In support the United States submits that:

1. On July 12, 2000, this Court entered an amended-preliminary order of forfeiture against the defendant's interest in:

    a. Approximately $17,750.00 in account no. 0000009630, in the name of Coastal Mutual, Inc., with Salim Matta as the Signatory, at Republic Security Bank, 4441 Beacon Circle, West Palm Beach, Florida; and

    b. $799.00 in cash recovered from Defendant at the time of his arrest.

2. The United States is seeking a final order of forfeiture only as to item 1b., the $799.00 in cash recovered from Defendant at the time of his arrest. Item 1a., the $17,750.00, was returned to Republic Security Bank pursuant to a stipulation approved by the Court, between the United States and the Bank. See docket entries no. 91 & 93.



3. On September 11, 2000, the notice of forfeiture regarding the entry of the amended-preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation.

4. Proof of the publication was filed with this Court on September 19, 2000.

5. No person has filed a petition pursuant to the notice of forfeiture and the deadline to do so has expired. The United States is not aware of any other person or entity having a remaining interest in the property listed in paragraph one.

6. The United States is entitled to a final order of forfeiture against the $799.00 in cash seized from defendant in this matter pursuant to 21 U.S.C. §853(n)(7).

WHEREFORE, the United States requests that this Court enter the attached Final Order of Forfeiture against the property in this matter.

          Respectfully submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

By:

          WILLIAM H. BECKERLEG, JR.
          ASSISTANT U.S. ATTORNEY
          500 E. Broward Blvd., Suite 700
          Fort Lauderdale, Florida 33394
          Tel: (954) 356-7314, ext. 3614
          FAX: (954) 356-7180
          Bar No. A5500074

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing was mailed this 24th day of April, 2001, to Larry Donald Murrell, Esq., Attorney for Tony Issa, 400 Executive Center Driv, Suite 201, West Palm Beach, FL 33401.

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY