

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TONY ISSA,
    a/k/a "Salim Matta"

        Defendant.
_____/

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 21, 2000, Defendant waived his right to a jury trial on the forfeiture portion of this case and stipulated before the Court to a $270,000.00 forfeiture judgment, representing the amount of proceeds which he obtained directly or indirectly from the bank fraud offenses;

WHEREAS, on June 26, 2000, the Court entered a preliminary order of forfeiture where the $270,000.00 in United States currency were forfeited to the United States pursuant to 21 U.S.C. §853 and 18 U.S.C. §982 (D.E. 57);

WHEREAS, on July 12, 2000, the Court entered an amended-preliminary order of forfeiture in partial substitution for the $270,000.00 forfeiture judgment against the following property:

      1a.   Approximately $17,750.00 in account no. 0000009630, in the name of Coastal Mutual, Inc., with Salim Matta as the Signatory, at Republic Security Bank, 4441 Beacon Circle, West Palm Beach, Florida; and

      1b.   $799.00 in cash recovered from Defendant at the time of his arrest.



WHEREAS, on April 24, 2001, the United States filed a motion seeking a final order of forfeiture only as to item 1b., the $799.00 in cash recovered from Defendant at the time of his arrest. Item 1a., the $17,750.00, was returned to Republic Security Bank pursuant to a stipulation approved by the Court, between the United States and the Bank;

WHEREAS, on September 11, 2000, the notice of forfeiture regarding the entry of the amended-preliminary order of forfeiture against the property in this matter was published in the Broward Daily Business Review, a newspaper of general circulation;

WHEREAS, proof of the publication was filed with this Court on September 19, 2000;

WHEREAS, no person has filed a petition pursuant to the notice of forfeiture and the deadline to do so has expired. The United States is not aware of any other person or entity having a remaining interest in the defendant's property;

WHEREAS, the Court is not aware of any other party having a remaining interest in the defendant's property, it is hereby

ORDERED and ADJUDGED, that pursuant to 21 U.S.C. §853, item 1b., the $799.00 in cash seized from Defendant at the time of his arrest, is HEREBY CONDEMNED, FORFEITED and VESTED to the United States of America, and shall be disposed by the United States Marshals Service in accordance with law.

DONE and ORDERED this 25 day of April, 2001, at Fort Lauderdale, Florida.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: AUSA William H. Beckerleg, Jr.
AUSA Steve Petri
Larry Donald Murrell, Esq.

2