| PROB 22 Rev. 2/88 | **TRANSFER OF JURISDICTION** FILED ~2 9 2002 AT 8:30 | DOCKET NUMBER(Tran.Ct) 00-6108-CR-Dimitrouleas |
|---|---|---|
| | | DOCKET NUMBER(Rec.Ct) 02.72 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT SD/FL WILLIAM T. WALSH CLERK | DIVISION Fort Lauderdale |
|---|---|---|
| Tony Issa   a/k/a Salim Matta | NAME OF SENTENCING JUDGE William P. Dimitrouleas | |

| SD/FL PACTS No. 63629 | DATES OF PROBATION SUPERVISED RELEASE | FROM 10/26/2001 | TO 10/25/2006 |
|---|---|---|---|

OFFENSE : <u>Count One</u>: Conspiracy, 18 U.S.C 371, a Class D Felony
<u>Count Two</u> : Bank Fraud , 18 U.S.C 1344 , a Class B Felony

FILED by ___ D.C.
DKTG
FEB 1 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of New Jersey</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 16, 2002
Date

William P Dimitrouleas
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF  <u>NEW JERSEY</u>

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 29 2002
Effective Date

United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By ___
Deputy Clerk
Date 2-14-02

**United States Government**
M E M O R A N D U M

**DATE:**   February 11, 2002

**FROM:**   John E. Minnelli (954) 769-5536
U.S. Probation Officer, Fort Lauderdale, Florida



**SUBJECT:**   **ISSA, Tony**
**Docket No.  00-6108-CR-Dimitrouleas**
**SD/FL PACTS No.  63629**

**TO:**   Clerk's Office, Magistrate Section
U.S. District Court, Fort Lauderdale, Florida

     Attached is Probation Form 22, Transfer of Jurisdiction, signed in Part One on January 16, 2002, by the Honorable William P. Dimitrouleas, U.S. District Judge, Southern District of Florida, Fort Lauderdale, and signed in Part Two by the Honorable John W. Bissell, Chief U.S. District Judge, District of New Jersey.

     Please forward your complete file to the Clerk of the Court in the District of New Jersey.

cal
Attachment