**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CLARENCE MADDOX
CLERK OF COURT



February 14, 2002

United States District Court
District of New Jersey
1050 Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza 400 Cooper Street
Camden, NJ 08102

RE:   *USA -vs- Tony Issa*
      Case No.00-6108-CR-WPD

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *L. Streets*
     Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

02-02-72

by: _____
    Deputy Clerk

Date: 2-19-02

---

☐ 301 N. Miami Avenue    ☐ 299 E. Broward Boulevard    ☐ 701 Clematis Street    ☐ 301 Simonton Street    ☐ 300 S. Sixth Street
Room 150                  Room 108                      Room 402                  Room 130                 Ft. Pierce, FL 34950
Miami, FL 33128           Ft. Lauderdale, FL 33301      W. Palm Beach, FL 33401   Key West, FL 33040       561-595-9691
305-523-5100              954-769-5400                  561-803-3400              305-295-8100

